RE: Case No. 14-0901                    DATE: 1/7/2015
COA #: 13-12-00673-CV     TC#: 10-04-21,519
STYLE: UNION PACIFIC RAILROAD COMPANY
    v. WILLIAM NAMI

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. DORIAN E. RAMIREZ
CLERK, THIRTEENTH COURT OF
APPEALS
901 LEOPARD STREET, 10TH FLOOR
CORPUS CHRISTI, TX  78401